THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Eugene W. Kearns,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-433
Submitted April 18, 2003  Filed June 
 25, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson 
 , all of Columbia;  and Solicitor Harold W. Gowdy, III,  of Spartanburg, for 
 Respondent.
 
 
 

PER CURIAM:  Appellant Eugene W. Kearns 
 was convicted of trafficking in cocaine in excess of twenty-eight grams.  The 
 trial court sentenced him to 25 years and ordered him to pay a fine of $50,000.  
 Kearns counsel attached to the final brief a petition to be relieved as counsel 
 stating he had reviewed the record and concluded the appeal lacked merit.  Kearns 
 filed a pro se response.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Kearns appeal and 
 grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.